

## NUMBER 13-11-00550-CR

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN RE BRIAN HOWELL**

**On Petition for Writ of Mandamus.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam[1]**

Relator, Brian Howell, has filed what appears to be a petition for writ of mandamus alleging that the Honorable Jose Longoria, presiding judge of the 214th Judicial District Court of Nueces County, Texas, abused his discretion by failing to rule on a motion filed by relator.

Having reviewed and fully considered relator's petition, this Court is of the opinion that relator has not shown himself entitled to the relief requested and that the petition

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.").

should be denied.   *See* TEX. R. APP. P. 52.8(a).   Accordingly, relator's petition for writ of mandamus is DENIED.

PER CURIAM

Do Not Publish.
TEX. R. APP. P. 47.2(b).
Delivered and filed the
26th day of August, 2011.